ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2007 OCT 11 AM 8: 22

CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| CURTIS HOBBS, Admin. Of Estate of Clarence Hobbs, Plaintiff, | |
| vs. | CIVIL ACTION FILE NO. |
| MCDUFFIE COUNTY, GEORGIA, LOGAN MARSHALL, in his individual capacity and official capacity as SHERIFF for the McDuffie County Jail; CHRIS DURDEN, in his individual capacity, and official capacity as CAPTAIN for the McDuffie County Sheriff's Department; ROY REEVES in his individual capacity, and official capacity as LIEUTENANT for the McDuffie County Sheriff's Department; HAROLD STURGIS, in his individual capacity and official capacity as SERGEANT for the McDuffie County Sheriff's Department; MARCUS REYNOLDS in his individual capacity, and official capacity as Deputy Sheriff for the McDuffie County Sheriff's Department; DR. DARYL WILEY in his individual capacity, and in his official capacity, | CV 106-190 |
| Defendants. | |

## CONSENT ORDER OF DISMISSAL

Upon consent and agreement of counsel for all remaining parties, it is hereby

ORDERED that all the Plaintiff's claims in this action, against all Defendants, are

1

dismissed without prejudice.

**SO ORDERED**, this 10 day of October, 2007.

_____
LISA G. WOOD, Judge
United States District Court
Southern District of Georgia

STIPULATED AND CONSENT BY.

_____
Jason Waymire
Georgia Bar No. 742602
Attorney for Defendants (except
Dr. Wiley, previously dismissed)

Terry E. Williams & Associates, P.C.
4330 South Lee St., NE
Building 400, Suite A
Buford, Ga 30518-3027
Telephone: (678) 541-0790
Facsimile: (678) 541-0789

_____
Eldridge Suggs, Esq
Georgia Bar No. 690807
Attorney for Plaintiff

The Suggs Law Firm, P.C.
The Equitable Building
100 Peachtree Street, Suite 1910
Atlanta, GA 30303
Phone: (404) 522-3770
Fax: (404) 522-3880